## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

VISTA-PRO AUTOMOTIVE, LLC,

        Plaintiff-Judgment-Creditor
        and Appellee,

    v.

CONEY ISLAND AUTO PARTS
UNLIMITED, INC.

        Defendant-Judgment-Debtor
        and Appellant.

Civil Action No. 1:21-cv-08906-PAE

(Appeal from an Order of the
United States Bankruptcy Court for
the Southern District of New York,
Case Number 1:20-mp-401-CGM)

## DECLARATION OF COUNSEL

David A. Blansky, an individual over the age of eighteen, makes the following Declaration pursuant to 28 U.S.C. § 1746:

My firm is counsel to Jeanne Ann Burton, the Chapter 7 Trustee of the estate of Appellee Vista-Pro Automotive, LLC ("Vista-Pro"). I submit this Declaration in opposition to Coney Island Auto Parts Unlimited, Inc.'s appeal from the Order of the United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court").

1. Annexed hereto as Exhibit "A" is a true and correct copy of the transcript of the judgment that was recorded in the office of the County Clerk, Kings County, on January 13, 2021.

2. Annexed hereto as Exhibit "B" is a true and correct copy of the Property Execution with Notice to Garnishee, served upon Metropolitan Commercial by the Marshal of the City of New York, on or about October 28, 2021.

3.  Annexed hereto as Exhibit "C" is a true and correct copy of the Satisfaction of

    Judgment, filed in the Bankruptcy Court, case No. 20-00401 (CGM), on December 6,

    2021. [Bankr. Dkt. 17]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2021

                                                    *s/ David A. Blansky*
                                                    DAVID A. BLANSKY