# Exhibit "A"

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
### Vito Genna
### Clerk of the Court

## TRANSCRIPT OF JUDGMENT
BC No.: 20,0024
Case No.: 20-0401 (CGM)

| JUDGMENT AGAINST THE FOLLOWING PARTY (IES) | JUDGMENT FOR THE FOLLOWING PARTY (IES) | | | |
|---|---|---|---|---|
| **Coney Island Auto Parts Unlimited, Inc.**<br>2317 McDonald Avenue<br>Brooklyn, NY 11223 | **Vista Pro Automotive, LLC**<br>c/o LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY 11793<br>Attn: David A. Blansky, Esq. | | | |
| DEBT:<br>$48,696.21 | INTEREST:<br>0.24% | COSTS:<br>$0.00 | DATE SIGNED:<br>05/19/2015 | DATE FILED: |
| **ATTORNEY:**<br>**LaMonica Herbst & Maniscalco, LLP**<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY 11793<br>David A. Blansky, Esq.<br>516.826.6500 | | | | |

| Judgment | |
|---|---|
| HOW OBTAINED: Judgment Order | SATISFIED: |

I, __*Vito Genna*__, Clerk of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the foregoing is a true and accurate transcript from the Docket of Judgments kept in my office and that the above judgment has __NOT__ been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this Fifteenth day of December 2020.

Vito Genna
Clerk of the Court

By: _____
Deputy Clerk