**Exhibit "C"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VISTA-PRO AUTOMOTIVE. LLC,

                Plaintiff- Judgment Creditor,                Chapter 7

   -against-                                                      Case No. 20-00401 (CGM)

CONEY ISLAND AUTO PARTS UNLIMITED, INC.,

                Defendant- Judgment Debtor.
------------------------------------------------------------------------x

## SATISFACTION OF JUDGMENT

WHEREAS, on May 19, 2015, a judgment ("Judgment") was entered against Defendant and in favor of Plaintiff by the Bankruptcy Court for the Middle District of Tennessee, Nashville Division, in the sum of $48,616.21, plus interest of $7.00 per day, which Judgment was registered in the United States Bankruptcy Court for the Southern District of New York, under BC No. 20, 0024, Case No, 20-0401 (CGM) on October 13, 2020, and recorded in the Office of the County Clerk, Kings County on January 13, 2021; and

WHEREAS, on or about October 28, 2021, a Property Execution with Notice to Garnishee was served on Metropolitan Commercial Bank by the Marshal of the City of New York; and

WHEREAS, a sum sufficient to satisfy the Judgment was seized by the Marshal of the City of New York in satisfaction of the Judgment.

THEREFORE, satisfaction of the Judgment as against Defendant CONEY ISLAND AUTO PARTS UNLIMITED, INC. is hereby acknowledged, and the Clerk of any court in which the Judgment was entered or recorded is hereby authorized and directed to make an entry of full satisfaction of the Judgment as against Defendant CONEY ISLAND AUTO PARTS UNLIMITED, INC.

Dated: December 6, 2021
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
*Attorneys to Plaintiff Vista-Pro Automotive, LLC*

By: *s/David A. Blansky*
David A. Blansky, Esq.
A Partner of the Firm
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NASSAU   )

On the 6th day of December in the year 2021 before me, the undersigned, personally appeared David A. Blansky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they/ executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*s/Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2025